# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-2439
_____

United States of America

*Plaintiff - Appellee*

v.

Paul Morales Castillo, also known as Paulo Morales Castillo

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Southern District of Iowa - Central
_____

Submitted: November 8, 2024
Filed: November 14, 2024
[Unpublished]
_____

Before LOKEN, GRUENDER, and GRASZ, Circuit Judges.
_____

PER CURIAM.

Federal prisoner Paul Castillo appeals following the district court's[1] denial of a sentence reduction under 18 U.S.C. § 3582(c)(2) based on Guidelines Amendment

_____

[1]The Honorable Stephanie M. Rose, Chief Judge, United States District Court for the Southern District of Iowa.

821. His appointed counsel argues that the court abused its discretion in declining to reduce the sentence, and has filed a motion seeking leave to withdraw. Upon careful review, we conclude that the court did not abuse its discretion, as it properly considered the amended Guidelines range and the applicable 18 U.S.C. § 3553(a) factors. See United States v. Burrell, 622 F.3d 961, 963-66 (8th Cir. 2010). While Castillo argues that the court ought to have given more weight to his positive conduct while incarcerated, we presume the court considered such information, see United States v. Grimes, 702 F.3d 460, 471 (8th Cir. 2012); and we discern no error in the court's decision to give more weight to the seriousness of the offense, see United States v. Granados, 830 F.3d 840, 842-43 (8th Cir. 2016) (per curiam).

Accordingly, we affirm and grant counsel leave to withdraw.

_____